459 A.2d 34

Elfreth Alley Parking Co. v. Feld & Sons, Appellant.

Argued September 10, 1980.
·Michael Minkin, for appellant; Oscar S. Schermer, for appellee.

Before BROSKY, WATKINS and MONTGOMERY, JJ.

Order affirmed.

MONTGOMERY, J., filed a memorandum dissenting opinion.